

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1 Latrell C. Layton, Jr.,
D-2 Darnell M. Skinner,

    Defendants.
_____/

Violations:
18 U.S.C. § 922(g)(1)

Case: 4:22-cr-20013
Judge: Davis, Stephanie Dawkins
MJ: Ivy, Curtis
Filed: 01-05-2022
INDI USA v. Layton, Jr. et al (tt)

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One
### 18 U.S.C. § 922(g)(1)
### Felon in Possession of a Firearm

D-1 Latrell C. Layton, Jr.

On or about December 26, 2021, in the Eastern District of Michigan, defendant, Latrell Layton, after having been convicted of a crime punishable by a term of imprisonment exceeding one year, a felony offense, and knowing that he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed, in and affecting interstate commerce, a firearm, that is, a Glock, model 22, .40 caliber semi-automatic pistol, and a FN, model Five-Seven, 5.7x28 caliber, semi-automatic pistol.

All in violation of 18 U.S.C. § 922(g)(1).

## Count Two
## 18 U.S.C. § 922(g)(1)
## Felon in Possession of a Firearm

D-2 Darnell M. Skinner

On or about December 26, 2021, in the Eastern District of Michigan, defendant, Darnell Skinner, after having been convicted of a crime punishable by a term of imprisonment exceeding one year, a felony offense, and knowing that he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed, in and affecting interstate commerce, a firearm, that is, a Sig Sauer, model P320, 9mm, semi-automatic pistol.

All in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to the defendant of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set for in this Indictment, including but not limited to a Glock, model 22, .40 caliber semi-automatic pistol, bearing s/n: TLR703, and a FN, model Five-Seven, 5.7x28 caliber, semi-automatic pistol,

bearing s/n: 386370673, a Sig Sauer, model P320, 9mm, semi-automatic pistol, bearing s/n: M18-102762, and ammunition .

Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of defendant:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third party;

c. Has been placed beyond the jurisdiction of the Court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

**THIS IS A TRUE BILL.**

Dated: January 5, 2022　　　　　　　　　s/GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/BLAINE T. LONGSWORTH　　　　　　s/ANTHONY P. VANCE
BLAINE T. LONGSWORTH　　　　　　　ANTHONY P. VANCE
Assistant United States Attorney　　　　　Assistant United States Attorney
600 Church Street, Suite 210　　　　　　Chief, Branch Offices
Flint, MI 48502
Telephone number: (810) 766-5177
Blaine.Longsworth@usdoj.gov

Companion Case information MUST be completed by AU

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov |
|---|---|

Case: 4:22-cr-20013
Judge: Davis, Stephanie Dawkins
MJ: Ivy, Curtis
Filed: 01-05-2022
INDI USA v. Layton, Jr. et al (tt)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☑ No | AUSA's Initials: BL |

Case Title: USA v. Latrell C. Layton, Jr. & Darnell M. Skinner

County where offense occurred : GENESEE

Check One:    ☑ Felony         ☐ Misdemeanor          ☐ Petty

____Indictment/____Information --- **no** prior complaint.
_X_Indictment/____Information --- based upon prior complaint [Case number: _____]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

1/5/2022
Date

s/BLAINE T. LONGSWORTH
Blaine T. Longsworth
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Blaine.Longsworth@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013